Order entered February 8, 2013



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-11-00935-CV

**ICON BENEFIT ADMINSTRATORS II, L.P., AMERICAN ADMINISTRATIVE GROUP INC, AND HEALTHSMART PREFERRED CARE, II, L.P., Appellants**

V.

**JOELLA MULLIN, STANLEY SELF, ANDREA DAVENPORT, ET AL, Appellees**

On Appeal from the County Court at Law No. 2
Dallas County, Texas
Trial Court Cause No. CC-08-01067-CV

## ORDER

After reviewing the appellate record in this case, specifically the Sealed Clerk's Record filed with this Court May 4, 2012, we note the Court did not receive the documents or attachments to The Defendant's Joint Response to Motion to Enforce Protective Order and Motion to Clarify, including the "Audit of the Parker Group administration of Benefit Plans for the City of Lubbock by Sally Reaves" or the "Reaves' Affidavit," that were provided to the trial court *in camera*.

We hereby **ORDER** the trial court to deliver the documents and attachments to The Defendant's Joint Response to Motion to Enforce Protective Order and Motion to Clarify, including the "Audit of the Parker Group administration of Benefit Plans for the City of Lubbock

by Sally Reaves" and the "Reaves' Affidavit," that were provided to the trial court *in camera* to the Dallas County Clerk at or before **12PM MONDAY, FEBRUARY 11, 2013**, and that the Dallas County Clerk deliver and file the same under seal with this Court at or before **12PM TUESDAY, FEBRUARY 12, 2013**.

/s/    DOUGLAS S. LANG
PRESIDING JUSTICE